Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 E. Colorado Blvd.
Pasadena, CA 91107
Telephone: (626) 795-0681
Facsimile: (626) 795-0725
E-Mail: esamulon@pottercohenlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE GUILLORY,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>   Defendant. | **Case No. CV 11-6936 JCG**<br><br>**[PROPOSED] ORDER FOR AWARD OF EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of SIX THOUSAND FOUR HUNDRED DOLLARS AND NO/100 ($6,400.00) subject to the terms of the stipulation.

DATE: April 10, 2013       _____
                           HONORABLE JAY C. GANDHI
                           UNITED STATES MAGISTRATE JUDGE

-1-